**FILED**

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422



FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
KELLY J. MOE

O R D E R

 

Kelly J. Moe has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Moe's application for admission upon UBE score transfer to the State Bar of Montana. By rule, applicants for admission by score transfer must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Moe passed the MPRE in 2018 when seeking admission to the practice of law in North Dakota, where Moe was admitted. The petition states Moe has practiced law as a family law attorney "without any ethical or disciplinary action." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kelly J. Moe to waive the three-year test requirement for the MPRE for purposes of Moe's current application for admission by UBE score transfer to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 27 day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices